IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHRISTIAN GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | FILE No.  4:19-CV-687 |
| STONEWALL ROAD RESTAURANT | ) | |
| GROUP LLC and WENDY'S | ) | |
| INTERNATIONAL, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Plaintiff, CHRISTIAN GARCIA, identifies the following interested parties:

a.    CHRISTIAN GARCIA, c/o Douglas S. Schapiro, Esq., Schapiro Law Group, P.L., 7301-A W. Palmetto Park Rd., #100A, Boca Raton, FL 33433, Tel: 561-807-7388;

b.    STONEWALL ROAD RESTAURANT GROUP LLC, c/o Registered Agents Inc., 700 Lavaca Street, Suite 1401, Austin, TX  78701;

c.    WENDY'S INTERNATIONAL, LLC, c/o CT Corporation System, Registered Agent, 1999 Bryan Street, Suite 900, Dallas, TX  75201; and

d.    Any party listed in Defendants' Certificate of Interested Parties and Corporate Disclosure statements.

The foregoing list of interested parties includes all interested and related parties to the best of Plaintiff's information, knowledge, and belief.

1

Respectfully submitted this 31st day of August, 2019.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

_____

Douglas S. Schapiro, Esq.
Northern District of Texas ID No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Law Offices of
LIPPE & ASSOCIATES

_____

Emil Lippe, Jr., Esq.
State Bar No. 12398300
Lippe & Associates
12222 Merit Drive, Suite 1200
Dallas, TX 75251
Tel: (214) 855-1850
Fax: (214) 720-6074
emil@texaslaw.com

ATTORNEYS FOR PLAINTIFF
CHRISTIAN GARCIA

SCHAPIRO LAW GROUP, P.L
7301-A W. Palmetto Park Rd., #100A • Boca Raton, Florida 33433 • Tel (561) 807-7388 • Fax 1-(810)-885-5279