IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| CHRISTIAN GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO.  4:19-CV-687-A |
| | § | |
| STONEWALL ROAD RESTAURANT | § | |
| GROUP LLC, ET AL., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Consistent with the court's order signed this date,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiff, Christian Garcia, against defendants, Stonewall Road Restaurant Group LLC, and Wendy's International, LLC, be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party bear the court costs incurred by that party.

SIGNED January 22, 2020.

_____
JOHN MCBRYDE
United States District Judge